## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CLIFFORD ZENNI, individually and on behalf of all others similarly situated,** <br><br> **Plaintiff,** <br><br> v. <br><br> **KNOWLEDGESTAFF LLC,** <br><br> **Defendant.** | Civil Action No. 1:18-cv-08002-RA |

### JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Pursuant to the Court's order dated November 30, 2018 (ECF No. 36), Plaintiff Clifford Zenni and opt-ins Stanley Jean, Stefan Romero and Yesenia Rivera (collectively, "Plaintiffs") and Defendant KnowledgeStaff, LLC ("Defendant" or "KnowledgeStaff") (collectively, the "Parties"), through their undersigned counsel, hereby respectfully request the Court's approval of the FLSA settlement reached by the Parties.[1] This Settlement resolves the claims of Plaintiffs under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA") and corresponding provisions of the New York Labor Law ("Labor Law") for a total of $22,500.00. As detailed below, this proposed resolution of the Plaintiffs' FLSA and Labor Law claims is fair and reasonable and warrants judicial approval.

---

[1] The Settlement Agreement is attached hereto as Exhibit 1.

1

Dated: December 31, 2018					Respectfully submitted,

  /s/Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

Russell Paul (ID #2361939)
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rpaul@bm.net
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

*Attorneys for Plaintiffs*

3

  /s/Alexander H. Schmidt
Alexander H. Schmidt (AS 8304)
ALEXANDER H. SCHMIDT, ESQ.
5 Professional Circle, Suite 204
Colts Neck, NJ 07722
Telephone: (732) 226-0004
Facsimile: (732) 845-9010
alex@alexschmidt.law

*Counsel for Defendant KnowledgeStaff LLC*

3